UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID MITCHELL WHITE
    Petitioner,
v.                                                    Case No. 3:24cv628/LC/MAL

WARDEN GABBY
    Respondent.
_____/

**ORDER**

On April 22, 2025, the magistrate judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed as moot and for failure to exhaust administrative remedies, or alternatively that it be denied because Petitioner had not shown he was entitled to the relief requested. (ECF No. 14). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. The emergency petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 2) is **DISMISSED** as moot and for failure to exhaust administrative remedies.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 9th day of June, 2025.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**